## 10-0921 Oklahoma City, OK
### Kruse Energy & Equipment Auctioneers, LLC
11.611 County Road 128 West
Odessa, TX 79765
(432) 563-2005

# Invoice

| Buyer Information | Invoice # |
|---|---|
| Cleveland Lease Services<br>PO Box 597<br>Cleveland, OK 74020<br>(918) 358-2791<br>ATTN: Sparks, Barry | 9161 |

Auction # 95 ADMIN DL#: PO81481753

Wednesday September 22, 2010  11:48 AM

Bidder #: 704

| Lot # | QTY | Description | LOC | Tax | Deposit | Amount | Extended |
|---|---|---|---|---|---|---|---|
| 114 | 1 | (Description continued from previous page)<br>od Boards, On 4-Axle Carrier, VIN-L1723, w/(4) Hyd Leveling Jacks (NOTE: $6,100.00 Will Be Added To Lot Price For Equipment Listed Below - Includes: SOWA 2-Sheave Tubing Block, Set of 48" Elevator Bails, 100-Ton Tubing Elevator, PENNANT 140,000# Weight Indicator, Oilsaver, Lubricator) | 4 | .00 | | | |
| 123A | 1 | (x) (L102) RIG #33 - 2006 MOOR Model JC12/08 D/D Back-In w/7/8" Tubing & 9/16 | 10 | .00 | | 66,200.00 | 66,200.00 |

# (Continued on next page)

Purchaser agrees above items were sold AS IS, WHERE IS sold with all faults. No warranty or guarantee is expressed or implied and each item is the sole responsibility of the purchaser from the MOMENT the AUCTIONEER DECLARES THE ITEM SOLD.

SIGNATURE _____

The taxable items described above will be resold, rented, or leased by me within the geographical limits of the United States of America, its territories and possessions, or within the geographical limits of the United Mexican States, in their present form or attached to other taxable items to be sold. I understand that if I make any use of the items other than retention, demonstration or display while holding them for sale, lease or rental, I must pay sales tax on the items at the time of use based upon the purchase price or the fair market value for the period of time used. I understand that it is a crime offense to give a resale certificate to the seller for taxable items that I know at the time of purchase are purchased for use rather than for the purpose of resale, lease, or rental, and, depending on the amount of tax evaded, the offense may range from a Class C misdemeanor to a felony of the second degree.

SIGNATURE _____

## Exhibit "A"

Cumminsky et al v Estes et al
Cleveland Lease: Bates # 094