IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

The Estate of Michael Cummisky, by Midfirst Trust Company, Special Administrator,
Plaintiff,

v.

Estes Express Lines and Eddie Neal Wyatt,
Defendants,

and

Estes Express Lines and Eddie Neal Wyatt,
Third-Party Plaintiffs,

v.

Storey Wrecker Service, Inc.,
Third-Party Defendant,

and

Cleveland Lease Service, Inc., and Navigators Insurance Company,
Intervenors/Plaintiffs,

v.

Estes Express Lines and Storey Wrecker Service, Inc.,
Defendants.

Case No. CIV-11-42-C

WTR
RECEIVED
411-6
AUG 07 2012
TAL/BDJ/JLN
Best & Sharp

COPY

**The CONTINUATION of the Videotape Deposition of JANICE BEACHAM** taken on July 10th, 2012.

PAMELA B. STINCHCOMB, CSR #1544
STINCHCOMB REPORTING SERVICE
1004 South Main Street, Broken Arrow, Oklahoma 74012
(918) 527-7452

EXHIBIT 4

you say per se, I just -- what do you mean when you say the accident per se?

A. There was an accident, and due to substantial costs that were involved in the accident, combined with other factors, keeping in line with other employment issues, Mr. Wyatt's position was terminated with our company.

Q. Okay. These other factors, did any of them include his actions in driving his truck that night?

A. No.

Q. You said the cost combined with other factors. What are the other factors?

A. We look at the length of time that someone has been involved -- been employed with us, the length of time they have been driving in that capacity, the type of employee they are.

Q. Last time we spoke you said that you had an opinion about this accident, and I want to ask you again. What is your opinion about the fault in this the accident? Whose fault was the collision?

A. I believe it's an unfortunate situation that occurred, that Eddie was faced with a sudden emergency situation and did his best to control his vehicle, that the Storey Wrecker was towing a vehicle that they were not permitted to tow due to the size

and the time of night, that Mr. Cummisky was also exceeding his hours of service and that he failed to -- he failed to put out the proper hazard warning triangles that he needed to by pulling off on the shoulder, if he had fully pulled off safely to do so.

Q. Is there -- do you have any facts to show that if Mr. Cummisky had not been over his hours of service, that this would not have happened, in other words, any facts to show that him being over the hours of service he was so tired that he fell into the road or that that somehow actually contributed to causing this collision?

A. Do I have any facts?

Q. Yes, facts or evidence.

A. No. I do not have any evidence to that.

Q. Do you have any facts or evidence to show that if this workover rig had not been oversized, if it had been a smaller size, that that in any way would have kept this collision from occurring?

A. The rig certainly would not have been -- he would not have been towing the rig at that time and possibly with him being over service, he was tired, and he may not have made the wisest decision at the time of being faced with his situation.

Q. What decision is that?

A. By pulling off where he did.

Q. Do you have any facts or evidence to suggest that if Mr. Cummisky had put out any reflective triangles or other warning devices that that would have kept this collision from occurring?

A. If he had placed them out properly, then Eddie Wyatt would have attempted -- he would have seen -- he would have seen the units prior, and he would have already changed lanes. And it's possible that it could have kept it from being such a severe accident as it was.

Q. Are you saying that if Mr. -- do you know if Mr. Wyatt saw the workover rig or the tow truck before the impact?

A. Yes.

Q. He did see it?

A. Yes.

Q. And are you -- are -- I don't want to put words in your mouth. But are you suggesting if there had been reflective triangles, that Mr. Wyatt would have been able to better control his vehicle and there would have been less damage?

A. He would have changed lanes sooner farther down based on the way the triangles are to be laid out, and that it is possible that there would have