```
 1           IN THE UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF OKLAHOMA
 2

 3   The Estate of Michael Cummisky,)
     by Midfirst Trust Company,     )
 4   Special Administrator,         )
           Plaintiff,                )
 5                                   )
     v.                              )   Case No. CIV-11-42-C
 6                                   )
     Estes Express Lines and Eddie  )
 7   Neal Wyatt,                    )
           Defendants,               )
 8                                   )
     and                             )
 9                                   )
     Estes Express Lines and        )
10   Eddie Neal Wyatt,              )
           Third-Party Plaintiffs,   )
11                                   )
     v.                              )
12                                   )
     Storey Wrecker Service, Inc.,  )
13         Third-Party Defendant,    )
                                     )
14   and                             )
                                     )
15   Cleveland Lease Service, Inc., )
     and Navigators Insurance       )
16   Company,                       )
           Intervenors/Plaintiffs,   )
17                                   )
     v.                              )
18                                   )
     Estes Express Lines and Storey )
19   Wrecker Service, Inc.,         )
           Defendants.               )
20

21

22        The CONTINUATION of the Videotape Deposition
     of JANICE BEACHAM taken on July 10th, 2012.
23

24           PAMELA B. STINCHCOMB, CSR #1544
                STINCHCOMB REPORTING SERVICE
25   1004 South Main Street, Broken Arrow, Oklahoma  74012
                      (918) 527-7452
```

Stamps: WTR RECEIVED AUG 07 2012  TAL/BDJ/JLN   411-6   Best & Sharp   COPY



EXHIBIT 7

218

1  and the time of night, that Mr. Cummisky was also
2  exceeding his hours of service and that he failed
3  to -- he failed to put out the proper hazard warning
4  triangles that he needed to by pulling off on the
5  shoulder, if he had fully pulled off safely to do so.
6      Q.   Is there -- do you have any facts to show
7  that if Mr. Cummisky had not been over his hours of
8  service, that this would not have happened, in other
9  words, any facts to show that him being over the
10 hours of service he was so tired that he fell into
11 the road or that that somehow actually contributed to
12 causing this collision?
13     A.   Do I have any facts?
14     Q.   Yes, facts or evidence.
15     A.   No.  I do not have any evidence to that.
16     Q.   Do you have any facts or evidence to show
17 that if this workover rig had not been oversized, if
18 it had been a smaller size, that that in any way
19 would have kept this collision from occurring?
20     A.   The rig certainly would not have been -- he
21 would not have been towing the rig at that time and
22 possibly with him being over service, he was tired,
23 and he may not have made the wisest decision at the
24 time of being faced with his situation.
25     Q.   What decision is that?

1  A.  By pulling off where he did.

2  Q.  Do you have any facts or evidence to
3  suggest that if Mr. Cummisky had put out any
4  reflective triangles or other warning devices that
5  that would have kept this collision from occurring?

6  A.  If he had placed them out properly, then
7  Eddie Wyatt would have attempted -- he would have
8  seen -- he would have seen the units prior, and he
9  would have already changed lanes.  And it's possible
10  that it could have kept it from being such a severe
11  accident as it was.

12  Q.  Are you saying that if Mr. -- do you know
13  if Mr. Wyatt saw the workover rig or the tow truck
14  before the impact?

15  A.  Yes.

16  Q.  He did see it?

17  A.  Yes.

18  Q.  And are you -- are -- I don't want to put
19  words in your mouth.  But are you suggesting if there
20  had been reflective triangles, that Mr. Wyatt would
21  have been able to better control his vehicle and
22  there would have been less damage?

23  A.  He would have changed lanes sooner farther
24  down based on the way the triangles are to be laid
25  out, and that it is possible that there would have